# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**225**
**KA 15-01358**
PRESENT: WHALEN, P.J., SMITH, CARNI, NEMOYER, AND CURRAN, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                        MEMORANDUM AND ORDER

TERRY L. DRAKE, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

GENESEE VALLEY LEGAL AID, INC., GENESEO (JEANNIE D. MICHALSKI OF COUNSEL), FOR DEFENDANT-APPELLANT.

GREGORY J. MCCAFFREY, DISTRICT ATTORNEY, GENESEO (JOSHUA J. TONRA OF COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------

Appeal from a resentence of the Livingston County Court (Dennis S. Cohen, J.), rendered September 9, 2010. Defendant was resentenced upon his conviction of incest in the third degree (two counts).

It is hereby ORDERED that said appeal is unanimously dismissed.

Same memorandum as in *People v Drake* ([appeal No. 1] ___ AD3d ___ [Apr. 29, 2016]).

Entered: April 29, 2016                    Frances E. Cafarell
                                           Clerk of the Court